UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TOBIN SEGRIST, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | NO. 3:-16-cv-00063 |
| ) | CHIEF JUDGE CRENSHAW |
| THE BANK OF NEW YORK ) | |
| MELLON, et al., ) | |
| ) | |
| Defendants ) | |

# ORDER

Pending before the Court are a Motion to Dismiss filed by The Bank of New York Mellon (Doc. No. 53), a Motion to Dismiss filed by Debbie and Fred Howell (Doc. No. 57), and a Motion to Dismiss filed by Bank of America (Doc. No. 67). For the reasons stated in the accompanying Memorandum, the three Motions to Dismiss are **GRANTED**, and this action is **DISMISSED**.

Defendants shall file any Motions for Attorneys' Fees within thirty (30) days, in accordance with the Federal Rules of Civil Procedure and the Local Rules of Court.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE